THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 South Carolina
 Department of Social Services, Respondent,
 v.
 Sheila G.,
 Leroy G., Gregory B. and John D.,  Defendants,
 of whom Sheila
 G. is the Appellant.
 In the interest of five children under the age of 18.
 
 
 

Appeal From Darlington County
 Jamie Lee Murdock, Jr., Family Court
 Judge
Unpublished Opinion No. 2009-UP-164
Submitted March 2, 2009  Filed April 6,
 2009   
Affirmed

 
 
 
 David Craig Brown, of Florence, for Appellant.
 Elizabeth Biggerstaff York, of Hartsville, for Respondent.
 Robbie Forrester Gardner, III, of Hartsville, for Guardian Ad
 Litem.
 
 
 

PER
 CURIAM:  Sheila G. appeals the
 termination of her parental rights to five children under the age of 18.  See S.C. Code Ann. § 63-7-2570
 (Supp. 2008).  Upon a thorough review of
 the record and the family court's findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 court's ruling and relieve counsel.  
AFFIRMED.[1]
HEARN, C.J.,
 GEATHERS, J., and GOOLSBY, A.J. concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.